## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| **IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION** | **MDL: 1:17-MD-02775-CCB**<br><br>**CATHERINE C. BLAKE**<br>**U.S. DISTRICT CHIEF JUDGE** |

**AUSTIN DAVIS TWIGG, IV,** *et al.,*    :
                                            :
          **Plaintiffs,**      :
                                            :
    **v.**                                        :      **Case No. 1:17-cv-00256-CCB**
                                            :
**SMITH & NEPHEW, INC.,**      :
                                            :
          **Defendant.**      :

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THE COURT:

      Please enter the appearance of Robert K. Jenner as co-counsel for the Plaintiffs in the above captioned matter. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material for this action should be directed to and served upon the undersigned counsel.

Dated: April 17, 2017                     Respectfully submitted,

                                                        /s/ Robert K. Jenner
                                              Robert K. Jenner (Bar No. 04165)
                                              Janet, Jenner & Suggs, LLC
                                              Commerce Centre East
                                              1777 Reisterstown Road, Suite 165
                                              Baltimore, Maryland  21208
                                              Telephone: (410) 653-3200
                                              Facsimile: (410) 653-6903
                                              rjenner@myadvocates.com
                                              *Co-Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2017, I electronically filed the foregoing Plaintiffs' Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

_____
Robert K. Jenner