# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Case No. 1:17-cv-940 | )  MDL-17-MD-2775<br>)  Hon. Catherine C. Blake<br>)<br>)<br>)  **DIRECT-FILED**<br>)  **SHORT FORM COMPLAINT**<br>)  **PURSUANT TO CASE**<br>)  **MANAGEMENT ORDER**<br>)  **NO. 5** |

## SHORT FORM COMPLAINT

1. Plaintiff, **Chad Grove**, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff [is] filing this Short Form Complaint pursuant to CMO No. 3, entered by this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff is a resident and citizen of New York and claims damages as set forth below.

3. Federal jurisdiction is proper based on diversity of citizenship.

4. The Federal District in which Plaintiff's initial implant took place: Northern District of New York.

5. The Federal District in which Plaintiff's revision(s) surgeries took place: Southern District of Texas.

6. Plaintiff brings this action *[check the applicable designation]*:

   __X__ On behalf of [himself].

   _____ In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of

   _____. A copy of the Letters of Administration for a wrongful death claim is annexed

hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

## FACTUAL ALLEGATIONS

7. On or about March 16, 2007, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (RIGHT) hip.

8. Plaintiff's (RIGHT) BHR implant surgery was performed at Community General Hospital by Michael T. Clarke, M.D.

9. Plaintiff underwent medically-indicated revision of the (RIGHT) BHR hip implant on or about February 13, 2013.

10. Plaintiff's revision surgery was performed by Coy Allen Wright, M.D. at Baylor Scott & White Medical Center.

11. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: Significant pain in his left and right hips, squeaking, large amounts of metallosis and elevated Cobalt and Chromium levels as a result of failed BHR Resurfacing.

12. [IF BILATERAL]: Plaintiff's (LEFT) BHR implant surgery was performed at Community General Hospital by Michael T. Clarke, M.D.

13. [IF BILATERAL]: On or about April 18, 2007, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (LEFT) hip.

14. [IF BILATERAL]: Plaintiff underwent medically-indicated revision of the (LEFT) BHR hip implant on or about February 5, 2015.

15. [IF BILATERAL] Plaintiff's (LEFT) revision surgery was performed by Coy Allen Wright, M.D. at Baylor Scott & White Medical Center.

16. Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017, and any and all amendments to the MACC.

17. Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the MACC: _____.

18. Notwithstanding the foregoing, Plaintiff additionally alleges that:

_____

_____

_____

_____

## ALLEGATIONS AS TO INJURIES

19. (a) Plaintiff claims damages as a result of (check all that are applicable):

| | |
|---|---|
| __X__ | INJURY TO HERSELF/HIMSELF |
| _____ | INJURY TO THE PERSON REPRESENTED |
| _____ | WRONGFUL DEATH |
| _____ | SURVIVORSHIP ACTION |
| __X__ | ECONOMIC LOSS |

~~(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):~~

~~_____ LOSS OF SERVICES~~

~~_____ LOSS OF CONSORTIUM~~

20. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff.

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

21. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference under the laws of the following state (check all that are applicable):

\_\_X\_\_        COUNT I (strict products liability: New York)

\_\_X\_\_        COUNT II (negligence: New York)

\_\_X\_\_        COUNT III (strict products liability failure to warn: New York)

\_\_X\_\_        COUNT IV (negligent failure to warn: New York)

\_\_X\_\_        COUNT V (negligent misrepresentation: New York)

\_\_X\_\_        COUNT VI (negligence per se: New York)

\_\_X\_\_        COUNT VII (breach of express warranties: New York)

\_\_X\_\_        COUNT VIII (manufacturing defect: New York)

\_\_X\_\_        COUNT IX (punitive damages: New York)

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law: <u>Fraudulent concealment</u> and <u>NY GBL 349, 350</u>.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendant as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement; and
7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: <u>April 2, 2018</u>                                               Respectfully submitted,

<u>s/ Robert J. McLaughlin</u>
Robert J. McLaughlin #6272701
Hart McLaughlin & Eldridge, LLC
121 W. Wacker Drive, Suite 1050
Chicago, Illinois 60601
Telephone:   (312) 955-0545
Fax:               (312) 971-9243
rmclaughlin@hmelegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of April, 2018, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of the filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

<u>s/ Robert J. McLaughlin</u>
*Counsel for Plaintiff*