IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL-17-md-2775 Hon. Catherine C. Blake |
| This Document Relates to Case No. 1:18-cv-00981 | **SHORT FORM COMPLAINT** |

## SHORT FORM COMPLAINT

1. Plaintiff, Robyn Sowers, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint pursuant to CMO No. 3, entered by this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff is a resident and citizen of Thurston County, Washington and claims damages as set forth below.

3. ~~Plaintiff's Spouse _____ is a resident and citizen of _____ and claims loss of consortium damages as set forth below.~~

4. Federal jurisdiction is proper based on diversity of citizenship.

5. The Federal District in which Plaintiff's initial implant took place: United States District Court for the Western District of Washington_____.

6. The Federal District in which Plaintiff's revision(s) surgeries took place: United States District Court for the Western District of Washington_____.

7. Plaintiff brings this action *[check the applicable designation]*:

3

     __X__        On behalf of [~~himself~~/herself];

_____ ~~In a representative capacity as the _____ of the_____ having been duly appointed as the_____ by the_____ Court of_____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~ *~~[Cross out if not applicable.]~~*

## **FACTUAL ALLEGATIONS**

8.     On or about <u>August 18, 2008</u>, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (~~LEFT~~/RIGHT) hip.

9.     Plaintiff's (~~LEFT~~/RIGHT) BHR implant surgery was performed at <u>Swedish Medical Center</u> by <u>Dr. James Pritchett</u>.

10.     Plaintiff underwent medically-indicated revision of the (~~LEFT~~/RIGHT) BHR hip implant on or about <u>April 24, 2012, replacing the failed Birmingham Resurfacing liner with an R3 metal liner and on April 6, 2015 due to failure of the R3 metal liner</u>. ~~[OR: Plaintiff's medical provider(s) have recommended revision but Plaintiff has not been medically cleared to undergo revision surgery: (checkbox)]~~

11.     Plaintiff's revision surgeries were performed by <u>Dr. James Pritchett</u> at <u>Swedish Medical Center</u>.

12.     Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary:

<u>Adverse reaction to metal debris; pain; effusion; elevated cobalt and chromium blood levels; "Synovial hypertrophy with staining in the tissues"</u>


Case 1:17-md-02775-CCB   Document 636   Filed 04/18/18   Page 3 of 6

~~13.    [IF BILATERAL]: Plaintiff's (LEFT/RIGHT) BHR implant surgery was performed at_____ by_____.~~

~~14.    [IF BILATERAL]: On or about_____, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (LEFT/RIGHT) hip.~~

~~15.    [IF BILATERAL]: Plaintiff underwent medically-indicated revision of the (LEFT/RIGHT) BHR hip implant on or about_____. [OR: Plaintiff's medical provider(s) have recommended revision but Plaintiff has not been medically cleared to undergo revision surgery:_____(checkbox)]~~

~~16.    [IF BILATERAL] Plaintiff's revision surgery was performed by _____ at_____.~~

17.    Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 11, 2017, and any and all amendments to the MACC.

18.    Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the MACC:_____.

19.    Notwithstanding the foregoing, Plaintiff additionally alleges that:

_____

_____

_____


3

## ALLEGATIONS AS TO INJURIES

20. (a) Plaintiff claims damages as a result of (check all that are applicable):

    __X__        INJURY TO ~~HERSELF~~/HIMSELF

    _____        INJURY TO THE PERSON REPRESENTED

    _____        WRONGFUL DEATH

    _____        SURVIVORSHIP ACTION

    _____        ECONOMIC LOSS

(b) ~~Plaintiff's spouse claims damages as a result of (check all that are applicable):~~

*~~[Cross out if not applicable.]~~*

    _____        ~~LOSS OF SERVICES~~

    _____        ~~LOSS OF CONSORTIUM~~

21. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

22. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference under the laws of the following state (check all that are applicable):

_X_____ COUNT I (strict products liability: Washington)

_X_____ COUNT II (negligence: Washington)

_X_____ COUNT III (strict products liability failure to warn: Washington)
_X_____ COUNT IV (negligent failure to warn: Washington)

_X_____ COUNT V (negligent misrepresentation: Washington)

 X      COUNT VI (negligence per se: Washington)

 X      COUNT VII (breach of express warranties: Washington)

 X      COUNT VIII (manufacturing defect: Washington)

 X      COUNT IX (punitive damages: Washington)

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

Fraudulent concealment and RCW §19.86.010 *et seq.*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendant as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement; and
7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: April 18, 2018

Respectfully submitted,

McGARTLAND LAW FIRM, PLLC

s/ Michael P. McGartland
Michael P. McGartland
Texas Bar 13610800
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of April, 2018, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of the filing will be sent by e-mail to all parties by operations of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the filing through the court's CM/ECF system.

s/ Michael P. McGartland
*Attorney for Plaintiff*