# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE |
| DORIS NEAL,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH AND NEPHEW, INC.,<br><br>    Defendant. | **DIRECT-FILED THA COMPLAINT PURSUANT TO CASE MANAGEMENT ORDER NO. 7**<br><br>**THA TRACK CASE**<br><br>Civil Action No.:   1:18-cv-1625 |

## SHORT FORM COMPLAINT

1. Plaintiff, Doris Neal, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation.* Plaintiff(s) [is/are] filing this Short Form Complaint pursuant to CMO No. 3, entered July 31, 2017 by this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff is a resident and citizen of Oregon and claims damages as set forth below.

3. Plaintiff's Spouse   N/A   is a resident and citizen of   N/A   and claims loss of consortium damages as set forth below.

4. Federal jurisdiction is proper based on diversity of citizenship.

5. The Federal District in which Plaintiff's initial implant took place: Middle District of Florida.

6. The Federal District in which Plaintiff's revision(s) surgeries took place: <u>Western District of Washington</u>.

7. Plaintiff brings this action [check the applicable designation]:

<u>  X  </u>    On behalf of herself;

~~_____    In a representative capacity as the _____ of the _____, having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate, or other appropriate court of the jurisdiction of the decedent.~~

*~~[Cross out if not applicable.]~~*

## FACTUAL ALLEGATIONS

8. On <u>02/12/2010</u>, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's <u> Right </u> hip.

9. ~~[IF BILATERAL]: On or about _____, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's (LEFT/RIGHT) hip.~~

10. Plaintiff's <u>Right</u> BHR implant surgery was performed at <u>Palms of Pasadena Hospital</u> by <u>Vladimir A. Alexander, MD</u>.

11. Plaintiff underwent medically-indicated revision of the BHR hip implant on <u>04/28/2014</u>.

12. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery medically necessary: <u>Pain, dislocation, and metallosis, resulting in permanent muscle damage and loss of hearing,</u>

13. Plaintiffs revision surgery was performed by <u>James P. Crutcher, Jr, MD</u> at <u>Swedish Medical Center/Cherry Hill</u>.

14. Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 4, 2017, and all amendments to the MACC.

15. Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the MACC:   <u>N/A</u>

16. Notwithstanding the foregoing, Plaintiff additionally alleges that: <u>As a result of the device failure, Plaintiff experienced persistent pain and finally a revision surgery due to a failed metal on metal partial hip arthroplasty.</u>

## **ALLEGATIONS AS TO INJURIES**

17. (a) Plaintiff claims damages as a result of (check all that are applicable):

  <u> X </u>  INJURY TO HERSELF

  <u>   </u>  INJURY TO THE PERSON REPRESENTED

  <u>   </u>  WRONGFUL DEATH

  <u> X </u>  SURVIVORSHIP ACTION ECONOMIC LOSS

(b) ~~Plaintiffs spouse claims damages as a result of (check all that are applicable):~~

*~~[Cross out if not applicable.]~~*

  <u>   </u>  ~~LOSS OF SERVICES~~

  <u>   </u>  ~~LOSS OF CONSORTIUM~~

18. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

19. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

   X        COUNT I

Specific state common law and statutory law that applies: <u>Washington Strict Products Liability</u>

   X        COUNT II

Specific state common law and statutory law that applies: <u>Washington Negligence</u>

   X        COUNT III

Specific state common law and statutory law that applies: <u>Washington Strict Products Liability: Failure to Warn</u>

   X        COUNT IV

Specific state common law and statutory law that applies: <u>Washington Negligent Failure to Warn Claims</u>

   X        COUNT V

Specific state common law and statutory law that applies: <u>Washington Negligent Misrepresentation Claims</u>

   X        COUNT VI

Specific state common law and statutory law that applies: <u>Washington Negligence Per Se</u>

   X        COUNT VII

Specific state common law and statutory law that applies: <u>Washington Breach of Express Warranties</u>

  __X__      COUNT VIII

Specific state common law and statutory law that applies: <u>Washington Manufacturing Defect</u>

  __X__      COUNT IX

Specific state common law and statutory law that applies: <u>Washington Punitive Damages</u>

20. In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

<u>Consumer Fraud and Deceptive Business Practices Act of Washington</u>

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendant as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement; and
7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: June 4, 2018

Respectfully submitted,
**JOHNSON LAW GROUP**

*/s/Andrew K. Gardner*
Andrew K. Gardner
Federal Bar No. 2839998
AGardner@johnsonlawgroup.com
Rachal Rojas
Federal Bar No. 1005606
RRojas@johnsonlawgroup.com
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
Tel: (713) 626-9336
Fax: (800) 731-6018

**ATTORNEYS FOR PLAINTIFF**