# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br>JUDGE CATHERINE C. BLAKE |
| FRANK PAGANO,<br>    Plaintiff,<br>vs.<br>SMITH AND NEPHEW, INC.,<br>    Defendant. | **SHORT FORM COMPLAINT**<br>**BHR TRACK CASE**<br>Civil Action No.: 1:18-cv-1619 |

## SHORT FORM COMPLAINT

1.  Plaintiff, Frank Pagano, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation.* Plaintiff(s) [is/are] filing this Short Form Complaint pursuant to CMO No. 3, entered July 31, 2017 by this Court.

## PARTIES, JURISDICTION AND VENUE

2.  Plaintiff is a resident and citizen of  New York  and claims damages as set forth below.

3.  Plaintiff's Spouse    N/A    is a resident and citizen of  N/A  and claims loss of consortium damages as set forth below.

4.  Federal jurisdiction is proper based on diversity of citizenship.

5.  The Federal District in which Plaintiff's initial implant took place: Eastern District of New York

6. The Federal District in which Plaintiff's revision(s) surgeries took place: <u>Eastern District of New York</u>

7. Plaintiff brings this action [check the applicable designation]:

<u>  X  </u>      On behalf of himself;

~~_____ In a representative capacity as the _____ of the _____, having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate, or other appropriate court of the jurisdiction of the decedent.~~

*~~[Cross out if not applicable.]~~*

## FACTUAL ALLEGATIONS

8. On <u>12/30/2008</u>, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's <u>RIGHT</u> hip.

9. On or about <u>12/29/2010</u>, Plaintiff underwent surgery during which the Smith & Nephew BHR Resurfacing System was implanted into Plaintiff's <u>LEFT</u> hip.

10. Plaintiff's <u>RIGHT</u> BHR implant surgery was performed at <u>NYU Langone Medical Center</u> by <u>Thomas Youm, MD.</u> Plaintiff's <u>LEFT</u> BHR implant surgery was performed at <u>NYU Langone Medical Center</u> by <u>Thomas Youm, MD.</u>

11. Plaintiff underwent medically-indicated revision of the <u>RIGHT</u> BHR hip implant on <u>03/23/2013</u>.

12. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgeries medically necessary: <u>Popping, grinding, leg length</u>

difference, pain that progressively got worse, inability to bear weight, and loosening of implant

13. Plaintiff's RIGHT revision surgery was performed by Edwin Su, MD at The Hospital For Special Surgery.

14. Plaintiff adopts the allegations of the Master Amended Consolidated Complaint ("MACC") filed August 4, 2017, and all amendments to the MACC.

15. Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the MACC:          N/A

16. Notwithstanding the foregoing, Plaintiff additionally alleges that: As a result of the device failure, Plaintiff experienced persistent pain and finally a revision surgery due to a failed metal on metal partial hip arthroplasty.

## ALLEGATIONS AS TO INJURIES

17. (a) Plaintiff claims damages as a result of (check all that are applicable):

   __X__   INJURY TO HIMSELF

   _____   INJURY TO THE PERSON REPRESENTED

   _____   WRONGFUL DEATH

   __X__   SURVIVORSHIP ACTION ECONOMIC LOSS

   (b) Plaintiffs spouse claims damages as a result of (check all that are applicable): [Cross out if not applicable.]

   _____        LOSS OF SERVICES

   _____        LOSS OF CONSORTIUM

18. Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

19.     The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

   __X__       COUNT I

Specific state common law and statutory law that applies: <u>New York Strict Products Liability</u>

   __X__       COUNT II

Specific state common law and statutory law that applies: <u>New York Negligence</u>

   __X__       COUNT III

Specific state common law and statutory law that applies: <u>New York Strict Products Liability: Failure to Warn</u>

   __X__       COUNT IV

Specific state common law and statutory law that applies: <u>New York Negligent Failure to Warn Claims</u>

   __X__       COUNT V

Specific state common law and statutory law that applies: <u>New York Negligent Misrepresentation Claims</u>

   __X__       COUNT VI

Specific state common law and statutory law that applies: <u>New York Negligence Per Se</u>

   __X__       COUNT VII

Specific state common law and statutory law that applies: <u>New York Breach of</u>

Express Warranties

  X        COUNT VIII

Specific state common law and statutory law that applies: <u>New York Manufacturing Defect</u>

  X        COUNT IX

Specific state common law and statutory law that applies: <u>New York Punitive Damages</u>

20. In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

<u>Consumer Fraud and Deceptive Business Practices Act of New York</u>

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendant as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement; and
7. All other relief as the Court deems necessary, just and proper.

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: June 4, 2018

Respectfully submitted,
**JOHNSON LAW GROUP**

*/s/Andrew K. Gardner*
Andrew K. Gardner
Federal Bar No. 2839998
AGardner@johnsonlawgroup.com
Rachal Rojas
Federal Bar No. 1005606
RRojas@johnsonlawgroup.com
JOHNSON LAW GROUP
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
Tel: (713) 626-9336
Fax: (800) 731-6018

**ATTORNEYS FOR PLAINTIFF**