## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM ) | MDL NO. 17-md-2775 |
| HIP RESURFACING (BHR) HIP IMPLANT ) | |
| PRODUCTS LIABILITY LITIGATION ) | Hon. Catherine C. Blake |
| ) | |
| **This Document Relates to:** ) | |
| **Case No.1:17-cv-3503** ) | |

### PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES UNDER FRCP25(A)

Comes now Sherry L. Aaron, by counsel, as surviving spouse and heir of Claude H. Aaron, and requests that this Court order a substitution of parties pursuant to FRCP 25(a). As grounds for this motion, Sherry L. Aaron states as follows:

1. The original Plaintiff, Claud H. Aaron, died on December 6, 2017 in Calcasieu Parish, Westlake, Louisiana.

2. Plaintiff's spouse, Sherry L. Aaron, executed an Affidavit of Next of Kin in Calcasieu Parish, Westlake, Louisiana, on January 3, 2018. No formal estate was established. A copy of Plaintiff's death certificate and the Affidavit of Next of Kin designating Sherry L. Aaron as surviving spouse and heir are both attached as exhibits to this motion.

3. Sherry L. Aaron is duly qualified and respectfully requests that the Court enter the attached order, removing Claud H. Aaron from this proceeding, and substituting Sherry L. Aaron in his place.

Respectfully submitted,

By: */s/ Ethan L. Shaw*
    Ethan L. Shaw
    John P. Cowart
    SHAW COWART, L.L.P.
    1609 Shoal Creek Boulevard
    Suite 100
    Austin, Texas  78701
    Telephone:  (512) 499-8900
    Facsimile:  (512) 320-8906
    elshaw@shawcowart.com
    jcowart@shawcowart.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all ECF users registered with the Court for this case.

    */s/ Ethan  L. Shaw*
    Ethan L. Shaw
    *Counsel for Plaintiff*