UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>**THIS DOCUMENT RELATES TO ALL ACTIONS** |

**PARTIES' PROPOSED AGENDA
FOR AUGUST 29, 2018 STATUS CONFERENCE**

Plaintiffs and Defendant Smith & Nephew, Inc. ("S&N") hereby submit a proposed agenda for the in-person status conference scheduled for August 29, 2018 in Courtroom 7D.

I. In Chambers Meeting – Scheduled for 9:00 am EST

II. Open Court Status Conference – Scheduled for 9:30 am EST

    A. Status of MDL filings

    B. Status of BHR discovery and deposition limits

    C. Lexecon deadline and BHR trial planning

    D. Status of Revised Foreign Data Supplement to Protective Order

    E. Order Appointing Special Mediator for THA Track

    F. Coordination and management of THA and R3 cases

    G. Oral argument on Smith & Nephew, Inc.'s Motion to Dismiss Certain Time-Barred Claims [D.E. 795, 853, and 895]

Dated: August 24, 2018                        Respectfully Submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner, Bar No. 04165
JENNER LAW
1829 Reisterstown Road, Suite 350
Baltimore, Maryland 21208
rjenner@jennerlawfirm.com
Phone:  410-413-2155
Facsimile:  410-982-0122

Jasper D. Ward IV
JONES WARD PLC
The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206
jasper@jonesward.com
Phone: (502) 882-6000
Facsimile: (502) 587-2007

Genevieve M. Zimmerman
MESHBESHER & SPENCE LTD.
1616 Park Avenue South
Minneapolis, MN 55404
gzimmerman@meshbesher.com
Phone: (612) 339-9121
Facsimile: (612) 339-9188

*Counsel for Plaintiffs*


*/s/ Terri S. Reiskin*
Sara J. Gourley
Jana D. Wozniak
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
sgourley@sidley.com
jwozniak@sidley.com
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005

pzidlicky@sidley.com
Tel.: (202) 736-8000
Fax: (202) 736-8711

James B. Irwin
Kim E. Moore
David O'Quinn
IRWIN FRITCHIE URQUHART & MOORE
400 Poydras St. #2700
New Orleans, Louisiana 70130
jirwin@irwinllc.com
kmoore@irwinllc.com
doquinn@irwinllc.com
Telephone: (504) 310-2100
Facsimile: (504) 310-2101

Terri S. Reiskin, Bar No. 05256
DYKEMA GOSSETT PLLC
1301 K Street NW, Suite 1100 West
Washington, DC 20005
treiskin@dykema.com
Telephone: (202) 906-8600
Fax: (855) 216-7884

*Counsel for Defendant Smith & Nephew, Inc.*

**CERTIFICATE OF SERVICE**

I, Jana D. Wozniak, hereby certify that on this 24th day of August 2018, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

            */s/ Jana D. Wozniak*
            *Counsel for Defendant Smith & Nephew, Inc.*