## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE: SMITH & NEPHEW BIRMINGHAM    \*
HIP RESURFACING (BHR) HIP
IMPLANT PRODUCTS LIABILITY
LITIGATION

                               \*

                               \*

                               \*

                               \*
                              \*\*\*

MDL No. 2775
Master Docket No. 1:17-md-2775

JUDGE CATHERINE C. BLAKE

THIS DOCUMENT RELATES TO
THE BHR TRACK ACTIONS
ONLY

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The defendant's motion to dismiss claims as time-barred (ECF No. 795) is **GRANTED** in part and **DENIED** in part;

2. The defendant's motion is **GRANTED** as to the following cases: *Stafford v. Smith & Nephew*, CCB-18-708, *Britt v. Smith & Nephew*, CCB-17-3421, *Aaron v. Smith & Nephew*, CCB-17-3503, and *Morgan v. Smith & Nephew*, CCB-17-3377; *Botkin v. Smith & Nephew*, CCB-17-2606; *Carrera v. Smith & Nephew*, CCB-17-3544; *Kinghorn et al. v. Smith & Nephew*, CCB-17-2653; *McLaughlin v. Smith & Nephew*, CCB-17-2657; *Aitcheson v. Smith & Nephew*, CCB-18-252; *Durdon et al. v. Smith & Nephew*, CCB-17-2612; *McCormick v. Smith & Nephew*, CCB-17-2814; *Palmquist v. Smith & Nephew*, CCB-17-2682.

3. The defendant's motion is **GRANTED** as to the claims raised, except the breach of warranty claims, in the following cases: *Maize v. Smith & Nephew*, CCB-17-2388; *Colon v. Smith & Nephew*, CCB-18-1080; *Cotten v. Smith & Nephew*, CCB-17-2542; *DeJohn v. Smith &*

*Nephew*, CCB-18-275; *Leung et al. v. Smith & Nephew*, CCB-17-2508; *Parrish v. Smith & Nephew*, CCB-17-2682.

4. The defendant's motion is **DENIED** without prejudice as to cases arising in California, and the plaintiffs are granted leave to amend;

5. The defendant's motion is **DENIED** as to all other cases; and

6. The Clerk shall **SEND** a copy of this Order and the accompanying Memorandum to counsel of record.

_____
11/19/18
Date

_____
Catherine C. Blake
United States District Judge