# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| IN RE SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>*Bill Bouman v. Smith & Nephew, Inc.*, Case No. 1:17-cv-02592;<br>*Lydia Constantini v. Smith & Nephew, Inc.*, No. 1:17-cv-01982;<br>*Kathleen Davis v. Smith & Nephew, Inc.*, No. 1:17-cv-02617;<br>*Ellen Franklin v. Smith & Nephew, Inc.*, No. 1:17-cv-02560;<br>*Sherry Lynn Jobe v. Smith & Nephew, Inc.*, No. 1:17-cv-02624;<br>*Harpaul Kwatra v. Smith & Nephew, Inc.*, No. 1:18-cv-02436;<br>*Rodney Little v. Smith & Nephew, Inc.*, No. 1:17-cv-02607;<br>*Tanha Luvaas v. Smith & Nephew, Inc.*, No. 1:17-cv-02548;<br>*Deborah Schnick v. Smith & Nephew, Inc.*, No. 1:17-cv-02406;<br>*Sheila Smith-Clark v. Smith & Nephew, Inc.*, No. 1:17-cv-02633;<br>*Sherry Stoll v. Smith & Nephew, Inc.*, No. 1:17-cv-02402;<br>*David Warner v. Smith & Nephew, Inc.*, No. 1:17-cv-02385 |

## **SMITH & NEPHEW, INC.'S MOTION TO DISMISS CERTAIN CLAIMS AS TIME-BARRED UNDER CALIFORNIA LAW PURSUANT TO RULE 12(b)(6)**

Defendant Smith & Nephew, Inc. ("S&N") hereby respectfully moves the Court pursuant to Federal Rule of Civil Procedure 12 to dismiss the time-barred claims of certain the BHR Track Plaintiffs in this multi-district litigation who have filed the 12 Complaints listed in the proposed order.

In support thereof, S&N states as follows:

1. This Court previously ruled that the claims of certain California Plaintiffs were untimely on the face of their Complaints, but allowed them to file amended Short Form Complaints in an effort to allege facts absent from their Complaints, but that may be sufficient to invoke California's discovery rule.

2. The amended Short Form Complaints ("Short Form Complaints" or "SFC") filed by 12 Plaintiffs in response to the Court's prior ruling demonstrate on their face that Plaintiffs' claims are untimely. Specifically, the amended SFCs affirmatively allege that Plaintiffs approached counsel to obtain legal representation concerning their BHR implants more than 2 years before they filed suit. The amended SFCs therefore demonstrate on their face that Plaintiffs were on "inquiry notice" more than 2 years before filing suit and their claims are time-barred. *See Jolly v. Eli Lilly & Co.*, 751 P.2d 923, 928–30 (Cal. 1988); *see also Gutierrez v. Mofid*, 705 P.2d 886, 888–91 (Cal. 1985) (rejecting claim that "reliance on an attorney's advice postpones the time of 'discovery'").

3. S&N incorporates into this Motion its Memorandum in Support, all exhibits thereto, and its Proposed Order.

4. WHEREFORE, Defendant Smith & Nephew, Inc. respectfully requests that the Court grant its Motion to Dismiss Certain Time-Barred Claims.

Dated: June 4, 2018                                        Respectfully Submitted,

                                                           */s/ Sara J. Gourley*

Kim E. Moore                                               Sara J. Gourley
David O'Quinn                                              Jana D. Wozniak
IRWIN FRITCHIE URQUHART & MOORE LLC                        SIDLEY AUSTIN LLP
400 Poydras St. #2700                                      One South Dearborn
New Orleans, Louisiana 70130                               Chicago, Illinois 60603
jirwin@irwinllc.com                                        sgourley@sidley.com
kmoore@irwinllc.com                                        jwozniak@sidley.com
doquinn@irwinllc.com                                       Tel.: (312) 853-7000
Tel.: (504) 310-2100                                       Fax: (312) 853-7036
Fax: (504) 310-2101


Terri S. Reiskin                                           Paul J. Zidlicky
DYKEMA GOSSETT PLLC                                        Jennifer J. Clark
1301 K Street NW, Suite 1100 West                          SIDLEY AUSTIN LLP
Washington, DC 20005                                       1501 K Street, N.W.
treiskin@dykema.com                                        Washington, DC 20005
Telephone: (202) 906-8600                                  pzidlicky@sidley.com
                                                           Tel.: (202) 736-8000
                                                           Fax: (202) 736-8711

*Counsel for Defendant Smith & Nephew, Inc.*

**CERTIFICATE OF SERVICE**

      I, Sara J. Gourley, hereby certify that on this 4th day of June, 2019, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

                                                                                  */s/ Sara J. Gourley*