# EXHIBIT A

EXHIBIT A

| Applicable State Law Alleged by Plaintiffs | Name(s) of Plaintiff(s) | Case Number | Amended Short Form Complaint [Doc. #] | Date of Revision Surgery | Date Plaintiff(s) Met with Legal Counsel Regarding BHR Implant | End of Limitations Period Measured From Revision Date | End of Limitations Measured From Meeting with Legal Counsel | Date Plaintiff(s) Filed Lawsuit |
|---|---|---|---|---|---|---|---|---|
| California (2-year SOL) | Bouman, Bill | 1:17-cv-02592 | [Doc. 1346] Ex. B-1 - 5 | 10/04/13 | 05/13 Ex. B-3 ¶ 14 | 10/04/15 | 05/15 | 09/06/17 |
| | Constantini, Lydia | 1:17-cv-01982 | [Doc. 1347] Ex. B-6 - 10 | 12/10/13 | 08/13 Ex. B-8 ¶ 14 | 12/10/15 | 08/15 | 06/26/17 |
| | Davis, Kathleen | 1:17-cv-02617 | [Doc. 1339] Ex. B-11 - 17 | 02/25/15 | 12/14* Ex. B-14 ¶ 21 | 02/25/17 | 12/16 | 09/08/17 |
| | Franklin, Ellen Franklin, Richard | 1:17-cv-02560 | [Doc. 1348] Ex. B-18 - 23 | 04/20/13 | 10/13 Ex.B-20 ¶ 15 | 04/20/15 | 10/15 | 09/07/17 |
| | Jobe, Sherri Lynn Jobe, Donnie | 1:17-cv-02624 | [Doc. 1341] Ex. B-24 - 30 | 09/24/14 | 12/14* Ex. B-27 ¶ 24 | 09/24/16 | 12/16 | 09/08/17 |
| | Kwatra, Harpaul Kwatra, Ruchi | 1:18-cv-02436 | [Doc. 1357] Ex. B-31 - 36 | 08/12/14 | 08/14 Ex. B-33 ¶ 16 | 08/12/16 | 08/16 | 08/09/18 |
| | Little, Rodney | 1:17-cv-02607 | [Doc. 1351] Ex. B-37 - 41 | 11/23/11 | 10/12 Ex. B-39 ¶ 14 | 11/23/13 | 10/14 | 09/07/17 |
| | Luvaas, Tanha | 1:17-cv-02548 | [Doc. 1342] Ex. B-42 - 46 | 02/08/12 | 12/13 Ex. B-44 ¶ 14 | 02/08/14 | 12/15 | 09/04/17 |
| | Schnick, Deborah | 1:17-cv-02406 | [Doc. 1363] Ex. B-47 - 51 | 12/16/13 | 01/14 Ex. B-49 ¶ 14 | 12/16/15 | 01/16 | 08/25/17 |
| | Smith-Clark, Sheila | 1:17-cv-02633 | [Doc 1340] Ex. B-52 - 58 | 08/20/13 | 12/14* Ex. B-55 ¶ 21 | 08/20/15 | 12/16 | 09/08/17 |

* Plaintiff alleges that she contacted attorneys "in or around 2014." Even if plaintiff contacted attorneys at the end of that range, *i.e.*, in December 2014, her claims are time-barred. For purposes of this motion, S&N thus treats this allegation as alleging attorney contact in December 2014.

| Applicable State Law Alleged by Plaintiffs | Name(s) of Plaintiff(s) | Case Number | Amended Short Form Complaint [Doc. #] | Date of Revision Surgery | Date Plaintiff(s) Met with Legal Counsel Regarding BHR Implant | End of Limitations Period Measured From Revision Date | End of Limitations Measured From Meeting with Legal Counsel | Date Plaintiff(s) Filed Lawsuit |
|---|---|---|---|---|---|---|---|---|
| | Stoll, Sherry Roundtree, Carmen | 1:17-cv-02402 | [Doc. 1364] Ex. B-59 - 64 | 04/15/13 | 04/14 Ex. B-61 ¶ 15 | 04/15/15 | 04/16 | 08/25/17 |
| | Warner, David Warner, Earla | 1:17-cv-02385 | [Doc. 1365] Ex. B-65 - 70 | 04/11/14 | 04/15 Ex. B-67 ¶ 15 | 04/11/16 | 04/2017 | 08/25/17 |