## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>This Document Relates to:<br>*William Wayne Andrews and Sandra Faye Andrews v. Smith & Nephew, Inc., et al.,*<br>Case No. 1:21-cv-756 |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The plaintiff's motion for remand (ECF 14 in CCB-21-756) is **GRANTED**;

2. this case is **REMANDED** to the District Court of the 60th Judicial District in Jefferson County, Texas;

3. the plaintiff's request for costs and actual expenses incurred as a result of the removal is **DENIED**;

4. the Clerk shall **SEND** a copy of this Order and the accompanying Memorandum to counsel of record; and

5. the Clerk shall **CLOSE** this case.

10/29/21
Date

Catherine C. Blake
United States District Judge

1