UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

November 22, 2021

MEMORANDUM TO COUNSEL

In re: *Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*, MDL 17-md-2775

Dear Counsel:

This will confirm the schedule set during the motions hearing today. On December 9, 2021, at 9:00 a.m. we will meet in 7D for a "chambers" off-the-record status conference. Public proceedings will begin at 10:00 a.m. with the pre-trial conference, followed by oral argument on any additional motions that are ready to be heard.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge