UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br><br>This Document Relates to:  All Cases |

## NOTICE OF QUARTERLY REPORTED SETTLEMENTS

Plaintiffs, by and through Plaintiffs' Liaison Counsel and the Court appointed accountant, David White, CPA, pursuant to Case Management Order No. 2 (Doc. 170) and this Court's Order of September 14, 2021 (Doc. 3029), hereby submit the quarterly report of the names and docket numbers of the cases for which an assessment has been paid into the S&N BHR Common Benefit Account from July 1, 2022 through September 30, 2022. This Report of named plaintiffs is attached hereto as Exhibit 1.

Dated:  October 25, 2022

Respectfully submitted,

*/s/ Robert K. Jenner*
Robert K. Jenner (Bar No. 04165)
Kathleen R. Kerner (Bar No. 18955)
JENNER LAW, P.C.
3600 Clipper Mill Road, Suite 240
Baltimore, MD  21208
rjenner@jennerlawfirm.com
kkerner@jennerlawfirm.com
Telephone: (410) 415-2155

Jasper D. Ward IV
JONES WARD PLC
The Pointe
1205 E. Washington St., Suite 111
Louisville, Kentucky 40206
jasper@jonesward.com
Phone: (502) 882-6000

Genevieve M. Zimmerman
MESHBESHER & SPENCE LTD.
1616 Park Avenue South
Minneapolis, MN 55404
gzimmerman@meshbesher.com
Phone: (612) 339-9121

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 25th day of October, 2022, that I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. Notice of this filing will be sent by e- mail to all parties by operations of the Court's electronic filing system or by mail to anyone unableto accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                            /s/ Robert K. Jenner
                                            *Counsel for Plaintiffs*