# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# (BALTIMORE DIVISION)

| | |
|---|---|
| **IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION** | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Robert Didrikson & Donna Didrikson v. Smith & Nephew, Inc.,* No. 1:19-cv-00329 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Robert Didrikson and Donna Didrikson, and Defendant Smith & Nephew, Inc., having settled all claims, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each side to bear its own costs. The parties further certify that the assessment applicable to this case, per Plaintiff's Liaison Counsel, has been paid into the S&N BHR Common Benefit Account, pursuant to Case Management Order 2 [D.E. 170].

Respectfully submitted,

*/s/ Andrew L. Davick (signed with permission)*
Andrew L. Davick
MESHBESHER & SPENCE, LTD
1616 Park Avenue,
Minneapolis, MN 55404
adavick@meshbesher.com
Telephone: (612) 339-9121

*Counsel for Plaintiffs*

*/s/ Terri S. Reiskin*_____
Terri S. Reiskin (Bar No. 05256)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
101 Constitution Ave. NW, Suite 900
Washington, D.C. 20001
terri.reiskin@nelsonmullins.com
Telephone: (202) 689-2814

*Counsel for Smith & Nephew, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2023, a copy of the foregoing Stipulation of Dismissal was filed via ECF and thereby served on all counsel of record.

                                                  */s/ Terri S. Reiskin*
                                                  Terri S. Reiskin