UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| **IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION** | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Susan Morrison & Thomas Morrison v. Smith & Nephew, Inc.,* No. 1:18-cv-01992 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Susan Morrison and Thomas Morrison, and Defendant, Smith & Nephew, Inc., having settled all claims, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each side to bear its own costs.

Respectfully submitted,

*/s/ Jasper D. Ward IV (signed with permission)*
Jasper D. Ward IV
JONES WARD PLC
445 Baxter Avenue, Suite 275
Louisville, KY 40204
jasper@jonesward.com
Telephone: (502) 882-6000

*Counsel for Plaintiffs*

*/s/ Terri S. Reiskin*
Terri S. Reiskin (Bar No. 05256)
NELSON MULLINS RILEY &
SCARBOROUGH LLP
101 Constitution Ave. NW, Suite 900
Washington, D.C. 20001
terri.reiskin@nelsonmullins.com
Telephone: (202) 689-2814

*Counsel for Smith & Nephew, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July 2023, a copy of the foregoing Stipulation of Dismissal was filed via ECF and thereby served on all counsel of record.

*/s/ Terri S. Reiskin*
Terri S. Reiskin