UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | |
|---|---|
| **IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION** | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Joey E. Cowan and Heather Cowan v. Smith & Nephew, Inc.,* No. 1:17-cv-01617 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Joey E. Cowan and Heather Cowan, and Defendant, Smith & Nephew, Inc., having settled all claims, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each side to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Jasper D. Ward IV (signed with permission)*<br>Jasper D. Ward IV<br>JONES WARD PLC.<br>445 Baxter Avenue, Suite 275<br>Louisville, KY 40204<br>jasper@jonesward.com<br>Telephone: (502) 882-6000<br><br>*Counsel for Plaintiffs* | */s/ Terri S. Reiskin*<br>Terri S. Reiskin (Bar No. 05256)<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>101 Constitution Ave. NW, Suite 900<br>Washington, D.C. 20001<br>terri.reiskin@nelsonmullins.com<br>Telephone: (202) 689-2814<br><br>*Counsel for Smith & Nephew, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2023, a copy of the foregoing Stipulation of Dismissal was filed via ECF and thereby served on all counsel of record.

*/s/ Terri S. Reiskin*
Terri S. Reiskin

Approved August 3, 2023
Catherine C. Blake
United States District Court