**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

July 2, 2024

MEMORANDUM TO COUNSEL

Re:   *In re Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*
         Multi-District Litigation No: CCB-17-2775

Dear Counsel:

   Thank you for your recent status report of June 14, 2024. Please provide a further status report by July 17, 2024.

   Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                                                    Sincerely yours,


                                                                    /s/

                                                                    Catherine C. Blake
                                                                    United States District Judge