IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION** | MDL No. 2775<br>Master Docket No. 1:17-md-2775<br><br>JUDGE CATHERINE C. BLAKE<br><br>THIS DOCUMENT RELATES TO ALL MDL ACTIONS |

## MEMORANDUM & ORDER

Now pending is S&N's proposal for certain documents to remain under seal and for others to be unsealed consistent with the court's ruling of March 11, 2024. (Mem., ECF 5366). As indicated in recent (and earlier) status reports, (*see* Mem. & Order, ECF 5386), the plaintiffs have not disagreed with any of the defendant's specific proposals for redaction, but do note their disagreement generally with the court's March 11, 2024, ruling. As of July 18, 2024, the status remains the same; the plaintiffs, as is their right, have not advanced any specific objections to the defendant's proposed redactions.

Accordingly, it is hereby **ORDERED** that:

1. S&N's proposed redactions submitted to chambers under seal on July 8, 2024, and also provided to plaintiffs' counsel, (*see* Notice, ECF 5390), are **APPROVED**;

2. Within 21 days S&N shall file on the public docket copies of the documents to be unsealed in whole or in part with the approved redactions.

 7/18/2024                                                                  /s/
Date                                                                 Catherine C. Blake
                                                                     United States District Judge